STATE v. MURPHY

No. 17.

Case below: 10 N.C. App. 11.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 February 1971.

STATE v. WINGARD

No. 22.

Case below: 10 N.C. App. 101.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 20 January 1971.

TOWN OF HILLSBOROUGH v. SMITH

No. 68 PC.

Case below: 10 N.C. App. 70.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 2 February 1971.